**UNITED STATES DISTRICT COURT**       **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| CHRISTOPHER BRIAN COLBERT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-210 |
| | § | |
| ERIC GUERRO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Christopher Brian Colbert, an inmate confined at the Wainwright Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983 against numerous defendants. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On September 2, 2025, the magistrate judge entered a Report and Recommendation in which he recommended dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (#9). To date, Plaintiff has not filed objections to the report.[1]

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1]      Plaintiff received a copy of the report on September 18, 2025 (#11).

Accordingly, the Report and Recommendation of the United States Magistrate judge (#9) is **ADOPTED**.  This case is dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED at Beaumont, Texas, this 12th day of March, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE